

# THE THIRTEENTH COURT OF APPEALS

13-13-00609-CV

Wendy Lee Kyle

v.

H.T. Strasburger, individually and in his capacity as a member of the Board of Directors of Fidelity Bank of Texas, and as a member of Tuition LLC; Shirley Strasburger, individually and in her capacity as vice-chair of the board of directors of Fidelity Bank of Texas, and as a member of Tuition LLC; Terry Whitley, individually and in his capacity as president and member of the board of directors for Fidelity Bank of Texas; Fidelity Bank of Texas, a bank chartered under the laws of the state of Texas; and Tuition LLC, a limited liability corporation organized under the laws of the state of Texas

On Appeal from the
250th District Court of Travis County, Texas
Trial Cause No. D-1-GN-13-003244

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 24, 2015